UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YASH RAJ FILMS (USA) INC., :
:
    Plaintiff, : <u>NOT FOR PUBLICATION</u>
: <u>ORDER</u>
    -against- :
:
ADDA RONG, INC. d/b/a Adda Rong, : 08-CV-2280 (CBA)(VVP)
MOHAMMED UDDIN d/b/a Adda Rong, :
and JOHN DOES 1 through 20, :
:
    Defendants. :
:
----------------------------------------------------------------X
AMON, United States District Judge:

    This Court has received the well-reasoned Report and Recommendation of the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, dated March 12, 2010, recommending that this Court award plaintiff $105,000.00 in statutory damages, $10,975.25 in attorney's fees, and $519.17 in costs. Magistrate Judge Pohorelsky further recommended that defendants be permanently enjoined from infringing upon any of plaintiff's respective copyrights in any manner, and that an order be issued requiring the delivery of all unauthorized copyrighted works in the defendants' possession to the plaintiff.

    As no party has objected, the Court hereby adopts the Report and Recommendation of March 12, 2010 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

    SO ORDERED.

Dated:     Brooklyn, New York
           March 30, 2010

                                              __/s/_____
                                              Carol Bagley Amon
                                              United States District Judge